# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Evangelina Berber, et al.
                          Plaintiff,

v.                                         Case No.: 1:23–cv–02502
                                                   Honorable Jorge L. Alonso

Filtran. LLC., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2023:

       MINUTE entry before the Honorable Jorge L. Alonso: At the Plaintiffs' request, Plaintiffs' Motion for order of default pursuant to Federal Rule of Civil Procedure 55 [13] is withdrawn. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.